UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICKKI PIERRE CHARLES,

        Petitioner,

v.                            Case No: 6:21-cv-781-PGB-EJK

ATTORNEY GENERAL, STATE OF
FLORIDA and SECRETARY,
DEPARTMENT OF CORRECTIONS,

        Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on review of the case file. On July 26, 2021, the Court ordered Petitioner to pay the $5.00 filing fee within thirty days. (Doc. 8). Petitioner was warned that failure to comply with the order or explain non-payment within the allotted time would result in dismissal of this action without further notice. (Doc. 8 at 2). *See also* 28 U.S.C. § 1914(a) ("The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, . . . to pay a filing fee of $350, except that on application for a writ of habeas corpus the filing fee shall be $5.").

The order was mailed to the address on file for Petitioner and was not returned undeliverable. Nonetheless, Petitioner has failed to pay the fee or explain non-payment, and the time to do so has passed.

Accordingly, due to Petitioner's lack of prosecution in this matter, it is **ORDERED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on September 14, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-4 9/14